IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

HOPEFUL PROPERTIES, LLC, PLAINTIFF

v. Case No.: 4:25-cv-04075

FEDERAL INSURANCE COMPANY DEFENDANT

**ORDER**

Before the Court is Plaintiff's Motion to Dismiss Case with prejudice. ECF No. 22. Defendant Federal Insurance Company has not responded in opposition to Plaintiff Hopeful Properties, LLC's motion, and the time to do so has passed. *See* Local Rule 7.2(b). An action may be dismissed by court order at the plaintiff's request, on terms that the Court considers proper. Fed. R. Civ. P. 41(a)(2). Voluntary dismissal under Rule 41(a)(2) should not be granted if a party will be prejudiced by the dismissal. *Adams v. USAA Cas. Ins. Co.*, 863 F.3d 1069, 1079 (8th Cir. 2017).

The Court finds that no party will be prejudiced by the dismissal. Plaintiff submitted to the Court that the parties have reached a settlement that disposes of all matters in this case. ECF No. 21. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiff's claims against Defendant Federal Insurance Company, are **DISMISSED WITH PREJUDICE**.

If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the Court within thirty (30) days of the entry of this Judgment. The Court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 24th day of September, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge